# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 15-PO-00123-DLW<br>U.S. MARSHAL NO: 41178-013 |
| DANIEL HERRERA | Douglas Reynolds<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Count One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is Guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 113(a)(5) and 1152 | Assault, In Indian Country | 06/29/15 | One |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

09/02/15
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

09/02/15
Date

DEFENDANT:  DANIEL HERRERA
CASE NUMBER:  15-PO-00123-DLW                                               Judgment-Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Seven (7) Days with credit for time served of Seven (7) Days.

## UNSUPERVISED PROBATION

The defendant is hereby placed on Unsupervised Probation for a term of One (1) Year.

The defendant shall not commit another federal, state, or local crime and comply with a special condition that:

1.) Defendant shall not engage in any incidents of fighting during the term of his Unsupervised Probation.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Due by October 2, 2015